1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASSOCIATED INDUSTRIES
INSURANCE COMPANY, INC.,

Plaintiff,

v.

BAY AREA DRAINAGE, INC, et al.,

Defendants.

Case No.  24-cv-06745-HSG

**SCHEDULING ORDER**

A case management conference was held on August 19, 2025.  Having considered the parties' proposal, *see* Dkt. No. 32, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | October 17, 2025 |
| Close of Fact Discovery | January 30, 2026 |
| Exchange of Opening Expert Reports | February 13, 2026 |
| Exchange of Rebuttal Expert Reports | March 6, 2026 |
| Close of Expert Discovery | March 27, 2026 |
| Dispositive Motion Hearing Deadline | May 21, 2026, at 2:00 p.m. |
| Pretrial Conference | August 25, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | September 14, 2026, at 8:30 a.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    8/19/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California