William C. Reeves – 183878
Christine Fierro – 191660
MORALES FIERRO & REEVES
1440 Maria Lane, Suite 200
Walnut Creek, CA 94596
Telephone: 925/288-1776
Facsimile:  925/288-1856
Email: wreeves@mfrlegal.com
           cfierro@mfrlegal.com

Attorneys for Plaintiff and Cross-Defendant
Associated Industries Ins. Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INS. CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAY AREA DRAINAGE, INC, et al. <br><br> Defendants. <br><br> and related cross-claims | Case No.: 24-cv-06745-HSG <br><br> **AGREEMENT, STIPULATION AND ORDER TO DISMISS PARI DARABI** |

**AGREEMENT, STIPULATION, AND ORDER TO DISMISS PARI DARABI**

This Agreement ("Agreement") is made and entered into by and between the following: Plaintiff, ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., for itself, and each of its past, present and future officers, directors, shareholders, principals, owners, parent entities, subsidiaries, affiliates, agents, representatives, employees, predecessors, successors, vendors, contractors and assigns (collectively "AIIC"); and  defendant, PARI DARABI for herself, her agents, employees, representatives, heirs, executors, agents, trustors, trustees, beneficiaries, attorneys, insurers, creditors, and assigns (collectively "Darabi").

Throughout this Agreement, AIIC and Darabi are collectively referred to as "the Parties."

/ / /

---

AGREEMENT, STIP, AND ORDER TO
DISMISS DARABI

1

Case No.: 24-cv-06745-HSG

**RECITALS**

**WHEREAS**, Darabi sued Bay Area Drainage, Inc. ("BADI") in an action entitled *Darabi v. Eaglelift, Inc.*, Contra Costa Superior Court Case No.: C24-00790 (the "Underlying Action");

**WHEREAS**, AIIC issued to BADI multiple commercial general liability policies, including Policy No.: AES1043683 02 (effective 11/30/18-11/30/19), Policy No.: AES1043683 03 (effective 11/30/19-11/30/20), Policy No.: AES1043683 04 (effective 11/30/20-11/30/21), Policy No.: AES1043683 05 (effective 11/30/21-11/30/22) and AES1043683 06 (effective 11/30/22-11/30/23) (collectively the "AIIC Policies");

**WHEREAS**, AIIC sued BADI and Darabi in federal court, seeking a judicial determination of the parties' rights and obligations under the AIIC Policies with respect to the Underlying Action, in an action entitled *AIIC v. Bay Area Drainage, Inc.,* et al., United States District Court, Northern District of California Case number 24-cv-06745-HSG (the "Coverage Action");

**WHEREAS**, if Darbi obtains a judgment against BADI in the Underlying Action, Darabi may have certain rights to seek policy benefits under the AIIC Policies for damages awarded to her as against BADI in the Underlying Action;

**WHEREAS**, AIIC contends that the AIIC Policies do not provide coverage for damages alleged in the Underlying Action;

**WHEREAS**, Darabi does not wish to dispute the determination of coverage in the Coverage Action or incur the costs related thereto;

Now, therefore, Darabi and AIIC agree to the following.

**AGREEMENT**

**1.0     Agreement to Dismiss**

AIIC agrees to dismiss Darabi from the Coverage Action without prejudice pursuant to Fed. R. Civ. P. 41(b).

**2.0     Agreement to Be Bound By the Determination of the Coverage Action**

2.1     Darabi and AIIC agree that any determination by the Court in the Coverage Action regarding coverage under the AIIC Policies with respect to the Underlying Action, will also serve as a determination of coverage under the AIIC Policies with respect to any claim Darabi might have

now or in the future as a judgment creditor against BADI with respect to the Underlying Action. Darabi agrees to abide by, be bound by, and not challenge any decision or final judgment reached in the Coverage Action, whether by motion, arbitration or trial, rendered after Darabi's dismissal in the Coverage Action.

2.2     Darabi agrees to treat any default judgment rendered in the Coverage Action as against BADI, obtained after Darabi's dismissal, as a judgment on the merits, determining that there is no coverage under the AIIC Policies with respect to the claims and damages alleged in the Underlying Action. Darabi agrees to abide by, be bound by, and not challenge such judgment.

2.3     Darabi agrees that if BADI files bankruptcy during the pendency of the Coverage Action and the bankruptcy court does not defend the Coverage Action or seeks to have the action dismissed because of the bankruptcy, Darabi and AIIC will treat such a result as a judgment on the merits that there is no coverage under the AIIC Policies, and Darabi agrees to abide by, be bound by, and not challenge such judgment.

2.4     Darabi agrees that she will not file an action against AIIC, under California Insurance Code section 11580 or otherwise, seeking benefits under the AIIC Policies during the pendency of the Coverage Action.

2.5     Darabi agrees that she will not file an action against AIIC, under California Insurance Code section 11580 or otherwise, seeking benefits under the AIIC Policies after conclusion of the Coverage Action if the Coverage Action results in a determination that there is no coverage under the AIIC Policies with respect to the Underlying Action (regardless of whether the determination of non-coverage is reached through default judgment, motion, arbitration, trial).

2.6     In the event of any controversy, claim or dispute between the Parties affecting or relating to the subject matter or performance of this Agreement, the prevailing Party shall be entitled to recover from the non-prevailing Party all of its reasonable expenses, including costs and attorneys' fees.

**STIPULATION**

Given the agreement above, it is hereby stipulated that all claims made by plaintiff AIIC, as against defendant Pari Darabi only be DISMISSED WITHOUT PREJUDICE pursuant to Federal

Rules of Civil Procedure 41(b), each party to bear their own fees and costs.

Dated: September 30, 2025                                MORALES FIERRO & REEVES

                                          By:   /s/ Christine Fierro
                                                 William C. Reeves
                                                 Christine Fierro
                                                 Attorneys for Plaintiff and Cross-Defendant
                                                 Associated Industries Ins. Co., Inc.

Dated: September 30, 2025                                HOGE, FENTON, JONES & APPEL

                                          By:   /s/ Robert A. Bleicher
                                                 Robert A. Bleicher
                                                 Attorneys for Defendant
                                                 Pari Darabi

   I hereby attest that concurrence in the filing of this document has been obtained from the signatory above.

Dated: September 30, 2025                                MORALES FIERRO & REEVES

                                          By:   /s/ Christine Fierro
                                                 William C. Reeves
                                                 Christine Fierro
                                                 Attorneys for Plaintiff and Cross-Defendant
                                                 Associated Industries Ins. Co., Inc.

## **ORDER**

Based upon the foregoing Stipulation of the parties hereto,

   IT IS SO ORDERED.

   DATED this 1st day of October 2025.

_Haywood S. Gilliam Jr._
DISTRICT COURT JUDGE