Joel M. Westbrook (SBN: 196578)
joel@mileswestbrook.com
MILES WESTBROOK & DEAL LLP
3390 Mt. Diablo Blvd., Suite 220
Lafayette, CA 94549
(925) 938-4500 Phone
(925) 938-7007 Fax

Attorney for Defendant/Cross-Claimant
BAY AREA DRAINAGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA DRAINAGE, INC and PARI DARABI,<br><br>Defendants.<br><br>*AND ALL RELATED CROSS-ACTIONS* | Case No.: 24-CV-06745-HSG<br><br>**STIPULATION TO AMEND BRIEFING SCHEDULE FOR PARTIAL MOTION FOR SUMMARY JUDGMENT AND ORDER** |

Plaintiff/Cross-Defendant Associated Industries Insurance Company, Inc. ("AIIC") and Defendant/Cross-Claimant Bay Area Drainage, Inc. ("BADI") hereby stipulate as follows:

**WHEREAS**, on December 5, 2025, AIIC filed a motion for partial summary judgment ("the Motion"), which is currently set to be heard on February 19, 2026;

**WHEREAS**, the opposition to the Motion is currently due by December 19, 2025, and the reply is due by December 26, 2025;

**WHEREAS**, the parties have a discovery dispute regarding AIIC's responses to BADI's Request for Production of Documents, Set One, and AIIC's document production;

**WHEREAS**, without any admission as to the merits of BADI's contentions, which AIIC disputes, and solely as an effort to compromise, AIIC has agreed to produce certain additional documents by December 19, 2025;

**WHEREAS**, in conjunction with this document production, and subject to the Court's approval, the parties have agreed that BADI's opposition to the Motion shall now be due by January 6, 2026, and AIIC's reply to the opposition shall be due by January 16, 2026.

**WHEREAS**, the parties hereby stipulate as follows:

1. The new deadline for BADI's opposition to the Motion is January 6, 2026;

2. The new deadline for AIIC's reply to the opposition to the Motion is January 16, 2026

IT IS SO STIPULATED

| MORALES FIERRO & REEVES | MILES WESTBROOK & DEAL LLP |
|---|---|
| By: /s/ Christine Fierro<br>Christine Fierro<br>Attorneys for Plaintiff | By: /s/ Joel Westbrook<br>Joel M. Westbrook<br>Attorneys for Defendant Bay Area Drainage, Inc. |

## ORDER

The above is approved and all parties shall comply with its provisions.

**IT IS SO ORDERED**.

Dated: 12/15/2025

JUDGE HAYWOOD S. GILLIAM, JR.,
UNITED STATES DISTRICT JUDGE