William C. Reeves – 183878
Christine Fierro – 191660
MORALES FIERRO & REEVES
1440 Maria Lane, Suite 200
Walnut Creek, CA 94596
Telephone: 925/288-1776
Facsimile:  925/288-1856
Email: wreeves@mfrlegal.com
        cfierro@mfrlegal.com

Attorneys for Plaintiff and Cross-Defendant
Associated Industries Ins. Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INS. CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAY AREA DRAINAGE, INC, et al., <br><br> Defendants. <br><br> and related cross-claims | Case No.: 24-cv-06745-HSG <br><br> **STIPULATION TO CONTINUE HEARING ON PENDING MOTION AND OTHER DEADLINES AND ORDER (as modified)** |

Plaintiff/Cross-Defendant Associated Industries Insurance Company, Inc. ("AIIC") and Defendant/Cross-Claimant Bay Area Drainage, Inc. ("BADI") have reached a settlement in principle, resolving all issues raised in this action (in conjunction with a settlement reached in the underlying action, *Pari Darabi v. Eaglelift, Inc., and Bay Area Drainage, Inc*., Contra Costa County Superior Court Case No. C24-00970 (the "Underlying Action")).  In light of the settlement, AIIC and BADI, hereby stipulate as follows:

**WHEREAS**, AIIC and BADI anticipate that they will memorialize the settlement concurrently with the memorialization of the settlement in the Underlying Action, and will dismiss the complaint and counter complaint filed in this action within the next 45 days;

**WHEREAS**, AIIC has a dispositive motion currently pending before this Court, with a hearing date of February 19, 2026 (at 2 p.m.);

1

STIP TO CONTINUE HEARING PENDING                                          Case No.: 24-cv-06745-HSG
MOTION/DEADLINES

**WHEREAS**, the parties hereby stipulate as follows:

1.      to continue the hearing date on the pending dispositive motion by 45 days, to a date of the Court's choosing, no sooner than March, 6, 2026;

2.      to continue the following deadlines by 45 days: Exchange of Opening Expert Reports from February 13, 2026, to March 30, 2026;  Exchange of Rebuttal Expert Reports from March 6, 2026, to April 15, 2026; and Close of Expert Discovery from March 27, 2026 to May 4, 2026.

IT IS SO STIPULATED

MORALES FIERRO & REEVES                    MILES WESTBROOK & DEAL LLP


By:   */s/Christine Fierro*                          By:   */s/Joel M. Westbrook*
    Christine Fierro                              Joel M. Westbrook
    Attorneys for Plaintiff Associated            Attorneys for Defendant Bay Area
    Industries Ins. Co., Inc.                     Drainage, Inc.


ORDER

The above is approved and all parties shall comply with its provisions.

**IT IS SO ORDERED**. The new hearing date on the pending dispositive motion is March 12, 2026 at 2 p.m.

    1/22/2026

JUDGE HAYWOOD S. GILLIAM, JR.,
UNITED STATES DISTRICT JUDGE

---