William C. Reeves – 183878
wreeves@mfrlegal.com
Christine Fierro – 191660
cfierro@mfrlegal.com
MORALES FIERRO & REEVES
1440 Maria Lane, Suite 200
Walnut Creek, CA 94596
Telephone: 925/288-1776
Facsimile:  925/288-1856

Attorneys for Plaintiff and Cross-Defendant
ASSOCIATED INDUSTRIES INS. CO., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INS. CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAY AREA DRAINAGE, INC., et al., <br><br> Defendants. <br><br> and related counter-claims. | Case No.: 24-cv-06745-HSG <br><br> **STIPULATION AND ORDER TO DISMISS** |

Plaintiff/Cross-Defendant Associated Industries Insurance Company, Inc. ("AIIC") and Defendant/Cross-Claimant Bay Area Drainage, Inc. ("BADI") HEREBY STIPULATED that all claims and cross-claims in this action be DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear their own fees and costs.

Dated: February 26, 2026

MORALES FIERRO & REEVES

By:  /s/Christine Fierro
WILLIAM C. REEVES
CHRISTINE FIERRO
Attorneys for Plaintiff/Cross-Defendant
ASSOCIATED INDUSTRIES INS. CO., INC.

1

STIP AND ORDER TO DISMISS                                    Case No.: 24-cv-06745-HSG

Dated: February 26, 2026

MILES WESTBROOK & DEAL LLP

By: /s/Joel M. Westbrook
JOEL M. WESTBROOK
Attorneys for Defendant/Cross-Claimant
BAY AREA DRAINAGE, INC.

**ORDER**

**IT IS SO ORDERED.**

Date: 2/26/2026

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

2